UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO SICILIA-FALCON (15),<br>CARLOS ANGEL<br>   KYRIAKIDES-VIALLASENO (16),<br><br>    Defendants. | Case No. 79CR0773-GT<br><br>ORDER OF DISMISSAL<br>OF INDICTMENT AND<br>RECALL ARREST WARRANTS |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrants be recalled.

IT IS SO ORDERED.

DATED: 10/16/12

HONORABLE Gordon Thompson Jr.
United States District Judge